**THOMPSON COBURN** LLP

488 Madison Avenue
New York, NY 10022

212 478 7200  main
212 478 7400  fax
thompsoncoburn.com

**Jose A. Fernandez**
212 478 7244  direct
jfernandez@thompsoncoburn.com

December 11, 2025

**VIA E-FILING**

Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
Courtroom: 618
40 Foley Square
New York, NY 10007



Re:   *PepsiCo Administration Committee v. Villarreal et al*., Case # 1:25-cv-07972-KPF
      **Letter Motion for Adjournment of Initial Pretrial Conference**

Dear Judge Failla:

On behalf of Plaintiff PepsiCo Administration Committee ("Plaintiff"), we write to respectfully request an adjournment of the Initial Pretrial Conference scheduled on December 19, 2025 at 10:00 a.m. pursuant to the Court's Notice dated October 17, 2025 (ECF No. 4).

This is Plaintiff's first request for an adjournment. Defendants have not appeared in this action, and Plaintiff has not had an opportunity to request their consent to this adjournment. However, Plaintiff has been in contact with Defendants and believes the parties have reached an agreement in principle to resolve this matter, subject to additional confirmation from Defendant Angel Villarreal.

Accordingly, Plaintiff respectfully requests a 30-day adjournment of the Conference to allow the parties to finalize an agreement that would resolve this case.

Respectfully submitted,

Thompson Coburn LLP

By: */s/ Jose A. Fernandez*
     Jose A. Fernandez

Application GRANTED.

The initial pretrial conference currently scheduled for December 19, 2025, is hereby ADJOURNED to **January 23, 2026,** at **12:00 p.m.** As before, the conference will be telephonic.  The dial-in information is as follows:  At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 11.

Dated:    December 12, 2025          SO ORDERED.
          New York, New York


                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE