

**THOMPSON COBURN LLP**

488 Madison Avenue
New York, NY 10022

212 478 7200 main
212 478 7400 fax
thompsoncoburn.com

**Jose A. Fernandez**
212 478 7244 direct
jfernandez@thompsoncoburn.com

January 14, 2026

**VIA E-FILING**



Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
Courtroom: 618
40 Foley Square
New York, NY 10007

Re:     *PepsiCo Administration Committee v. Villarreal et al*., Case # 1:25-cv-07972-KPF
**Letter Motion for Adjournment of Initial Pretrial Conference
and Notification of Settlement**

Dear Judge Failla:

On behalf of Plaintiff PepsiCo Administration Committee ("Plaintiff"), we write to respectfully request an adjournment of the Initial Pretrial Conference scheduled for January 23, 2026 at 12:00 p.m. pursuant to the Court's Notice dated December 12, 2025 (ECF No. 12).

This is Plaintiff's second request for an adjournment. As Plaintiff advised the Court in its December 11, 2025 correspondence and first request for an adjournment (ECF No. 11), the parties had reached an agreement in principle to resolve this matter. As of today, the parties have finalized a written agreement resolving the case and are in the process of exchanging signatures for that agreement.

Accordingly, Plaintiff respectfully requests a second 30-day adjournment of the Conference to allow the parties to finalize the agreement. Plaintiff anticipates that shortly after all signatures are exchanged, which is expected to occur this week, Plaintiff will file a notice voluntarily dismissing this action.

Respectfully submitted,

Thompson Coburn LLP

By: */s/ Jose A. Fernandez* _____
        Jose A. Fernandez

Application GRANTED.

The initial pretrial conference currently scheduled for January 23, 2026, is hereby ADJOURNED to **February 18, 2026,** at **11:00 a.m.**  As before, the conference will be telephonic.  The dial-in information is as follows:  At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 13.

Dated:     January 15, 2026          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE